IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:03CR58 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **HOWARD LEVERN SNIDER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's renewed motion to compel and for hearing (Filing No. 66).

IT IS ORDERED:

1. The Defendant's motion to compel and for hearing (Filing No. 66) is denied; and

2. The Clerk is directed to mail a copy of this order and the previous order (Filing No. 65) to the Defendant at his last known address.

DATED this 29th day of November, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge